UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**ROBERT PARHIZGAR,**
**OZRA ESFANDIARI,**

    Plaintiffs,

v.                                                              Case No: 5:20-cv-275-Oc-PRL

**DENNIS MANNING,**

    Defendant.

## ORDER OF DISMISSAL

The Court has been advised by the mediator that the above-styled action has been completely settled. Accordingly, pursuant to Local Rule 3.08(b) of the Middle District of Florida, this cause is **DISMISSED** without prejudice subject to the right of any party to re-open the action within sixty (60) days, upon good cause shown, or to submit a stipulated form of final order or judgment. The clerk is directed to close the case.

Plaintiffs' unopposed motion to disburse court registry funds (Doc. 43) is **GRANTED.** The Clerk is directed to disburse to Plaintiffs' counsel the funds deposited into the registry of the court under Receipt Number OCA-11271. (Doc. 41).

**DONE** and **ORDERED** in Ocala, Florida on June 30, 2020.

PHILIP R. LAMMENS
United States Magistrate Judge

- 2 -

Copies furnished to:

Counsel of Record
Unrepresented Parties